# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
### No. 7:23-CV-1114-D

|  |  |  |
|---|---|---|
| ERIC CONKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CORTEVA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

On December 29, 2023, Corteva, Inc. ("Corteva"), DuPont de Nemours, Inc. ("DuPont"), EIDP, Inc. ("EIDP"), the Chemours Company ("Chemours"), and the Chemours Company FC, LLC ("Chemours FC") (collectively, "defendants") moved to dismiss Eric Conklin's ("Conklin" or "plaintiff") amended complaint. See [D.E. 23, 24].

The claims in this action mirror the claims in Brown v. Corteva, Inc., No. 7:23-CV-1409. The court's reasoning in resolving the pending motions in this case mirrors the court's order granting in part and denying in part defendants' motion to dismiss the amended complaint in Brown v. Corteva, Inc., No. 7:23-CV-1409.

In sum, the court GRANTS IN PART and DENIES IN PART defendants' motion to dismiss plaintiff's amended complaint [D.E. 24]. The court DISMISSES AS MOOT defendants' motion to dismiss plaintiff's complaint [D.E. 21]. Thus, the only claims that remain are plaintiff's negligence, gross negligence, private nuisance, and trespass to real property claims against defendants.

SO ORDERED. This 19 day of September, 2024.

James Dever

**JAMES C. DEVER III**
**United States District Judge**

**2**